# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KAREN L. CHURCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:19-cv-02021-SGC |
| WBRC, LLC, | ) ) ) |
| Defendant. | ) ) |

## FINAL JUDGMENT

Consistent with the accompanying memorandum opinion and pursuant to Rule 58 of the *Federal Rules of Civil Procedure*, it is **ORDERED** that the defendant's motion for summary judgment (Doc. 24) is **GRANTED IN PART** as to the plaintiff's claims arising under 42 U.S.C. § 1981; those claims are **DISMISSED WITH PREJUDICE**. The remaining state law claims are **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid.

**DONE** this 30th day of September, 2022.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE